UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION                                MDL No. 2272

(SEE ATTACHED SCHEDULE)

**FILED**
**May 11, 2012**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

### CONDITIONAL TRANSFER ORDER (CTO–70)

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 287 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 08, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ ENJOLI FLETCHER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
May 10, 2012

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2272

### SCHEDULE CTO−70 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|------|------|---------|--------------|---|
| **CALIFORNIA EASTERN** | | | | |
| CAE | 2 | 12−01030 | Miller v. Zimmer, Inc. et al | 12cv3547 |
| **MICHIGAN EASTERN** | | | | |
| MIE | 1 | 12−11739 | Farrell v. Zimmer, Inc. et al | 12cv3550 |
| **NEW YORK NORTHERN** | | | | |
| NYN | 6 | 12−00668 | Cintron v. Zimmer, Inc. et al | 12cv3551 |
| **OHIO NORTHERN** | | | | |
| OHN | 5 | 12−00956 | Bunting et al v. Zimmer, Inc. et al | 12cv3552 |
| **PENNSYLVANIA EASTERN** | | | | |
| ~~PAE~~ | ~~2~~ | ~~12−01335~~ | ~~COLBERT et al v. ZIMMER, INC. et al~~ | |
| PAE | 2 | 12−02197 | DIANO et al v. ZIMMER, INC., et al | 12cv3554 |
| PAE | 2 | 12−02198 | MARSHALL et al v. ZIMMER, INC. et al | 12cv3556 |
| **PENNSYLVANIA MIDDLE** | | | | |
| PAM | 3 | 12−00744 | Chapman v. Zimmer Inc et al | 12cv3557 |
| **PENNSYLVANIA WESTERN** | | | | |
| PAW | 2 | 12−00525 | DUNHAM v. ZIMMER, INC. et al | 12cv3559 |
| **TEXAS EASTERN** | | | | |
| TXE | 2 | 12−00206 | Bush et al v. Zimmer, Inc. et al | 12cv3560 |